IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00019-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN LUJAN,

    Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the change of plea hearing in this matter is RESET for **April 2, 2010 at 2:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED March 16, 2010.