IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Case No. 10-cr-00019-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN LUJAN,

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

    THIS MATTER comes before the Court on the Government's Motion for Preliminary Order of Forfeiture [Docket No. 43]. The Court having read said motion and being fully advised in the premises finds:

    1.     The United States and the defendant, Stephen Lujan, entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

    2.     The government has established the requisite nexus between the property and the offense.

    3.     Prior to the disposition of the asset, the United States is required to provide notice to third parties pursuant to 21 U.S.C. § 853(n).

    Therefore, it is

ORDERED that defendant Stephen Lujan's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c): One Savage Model 9478 12 gauge shotgun with obliterated serial number.

It is further

ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within 30 days of the last date of publication and make its return to this Court that such action has been completed. It is further

ORDERED that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

DATED May 4, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge