IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00019-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN LUJAN,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    Upon the request of the Probation Department, and with the consent of counsel, it is

    ORDERED that the sentencing set for **July 2, 2010 at 10:00 a.m.** is VACATED. Counsel shall jointly contact Chambers via conference call (303-335-2794) no later than **Friday, June 4, 2010** to reschedule the sentencing to a date after August 1, 2010.

    DATED June 1, 2010.