IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00019-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN LUJAN,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that sentencing in this matter is re-set for **August 20, 2010 at 10:30 a.m.**

    DATED June 8, 2010.