IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00019-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEPHEN LUJAN,

    Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 57] for the following property:

    One Savage Model 9478 12 gauge shotgun

The Court having read the motion and being fully advised in the premises finds that:

The United States commenced this action pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure;

A Preliminary Order of Forfeiture was entered on May 4, 2010 [Docket No. 44];

All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n);

No claim or petitions for an ancillary hearing have been filed in this matter by any party; and

It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

NOW, THEREFORE, IT IS ORDERED that:

1. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure, free from the claims of any other party:

One Savage Model 9478 12 gauge shotgun; and

2. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED September 29, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge